**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-8017

CURTIS DALE RICHARDSON,

Plaintiff - Appellant,

v.

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS; WILLIE EAGLETON,
individually and officially; CAPTAIN ROGERS, et al.
individually and officially; ROBIN CHAVIS, individually and
officially,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Florence.  R. Bryan Harwell, District Judge.
(4:08-cv-02597-RBH)

Submitted:  February 18, 2010        Decided:  February 26, 2010

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Curtis Dale Richardson, Appellant Pro Se.  Roy F. Laney, Heath
McAlvin Stewart, RILEY, POPE & LANEY, LLC, Columbia, South
Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Curtis Dale Richardson appeals the district court's order denying his motion to reconsider the order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Richardson v. South Carolina Dep't of Corr., No. 4:08-cv-02597-RBH (D.S.C. Oct. 1, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED